IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05cv234

| | | |
|---|---|---|
| GERALD MADVIG, Derivatively on Behalf of Nominal Defendant INGLES MARKETS, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| Vs. | ) ) | ORDER |
| CHARLES L. GAITHER, JR.; ROBERT P. INGLE; ROBERT P. INGLE, II; JAMES W. LANNING; JOHN O. POLLARD; CHARLES E. RUSSELL; LAURA INGLE SHARP; BRENDA S. TUDOR; and J. ALTON WINGATE, | ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| INGLES MARKETS, INC., | ) ) | |
| Nominal Defendant. | ) ) | |

**THIS MATTER** is before the court on the joint request to reschedule. Having considered that request, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Initial Pretrial Conference is rescheduled from April 12, 2006, at 2 p.m., to April 7, 2006, at 2 p.m.

-1-

Signed: March 29, 2006

_____
Dennis L. Howell
United States Magistrate Judge