# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:05cv234

| | |
|---|---|
| GERALD MADVIG, Derivatively on Behalf of Nominal Defendant INGLES MARKETS, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| Vs. | ) ) |
| CHARLES L. GAITHER, JR.; ROBERT P. INGLE; ROBERT P. INGLE, II; JAMES W. LANNING; JOHN O. POLLARD; CHARLES E. RUSSELL; LAURA INGLE SHARP; BRENDA S. TUDOR; and J. ALTON WINGATE, | ) ) ) ) ) ) ) |
| Defendants, | ) ) |
| and | ) ) |
| INGLES MARKETS, INC., | ) ) |
| Nominal Defendant. | ) ) |

## ORDER

**THIS MATTER** is before the court upon the defendants' motion for admission *pro hac vice* of Terence J. Rasmussen of the law firm of Hunton & Williams LLP, to appear as additional counsel for the defendants Charles L. Gaither, Jr., Robert P. Ingle, Robert P. Ingle, II, James W. Lanning, John O. Pollard, Charles E. Russell, Laura Ingle Sharp, Brenda S. Toudor and J. Alton Wingate and nominal defendant Ingles Markets, Inc. in this matter filed on June 23, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that defendants' motion is **ALLOWED**, and that Terence J. Rasmussen is hereby granted special admission to the bar of this court, with payment of the admission fee having been paid to the Clerk of this court.

Signed: June 26, 2006

_____
Dennis L. Howell
United States Magistrate Judge