# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | |
|---|---|
| GERALD MADVIG, Derivatively on Behalf of Nominal Defendant INGLES MARKETS, INC.,<br><br>**Plaintiff,**<br><br>v<br><br>CHARLES L. GAITHER, JR., ROBERT P. INGLE, ROBERT P. INGLE, II, JAMES W. LANNING, JOHN O. POLLARD, CHARLES E. RUSSELL, LAURA INGLE SHARP, BRENDA S. TUDOR, and J. ALTON WINGATE,<br><br>**Defendants.**<br><br>and<br><br>INGLES MARKETS, INC.,<br><br>**Nominal Defendant.** | CIVIL NO. 1:05-CV-234 |

## ORDER

**THIS MATTER** is before the court upon the plaintiff's motion for admission *pro hac vice* of Trevan Borum, of the law firm of Schiffrin & Barroway, LLP, to appear as counsel for the plaintiff in this matter filed on July 31, 2006.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that plaintiff's motion is **ALLOWED**, and that Trevan Borum is hereby granted special admission to the bar of this court, after payment of the admission fee having been paid to the Clerk of this court.

Signed: August 1, 2006

_____
Dennis L. Howell
United States Magistrate Judge