IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:05cv234

| | |
|---|---|
| GERALD MADVIG, Derivatively on Behalf of Nominal Defendant INGLES MARKETS, INC., <br><br>Plaintiff, <br><br>Vs. <br><br>CHARLES L. GAITHER, JR.; ROBERT P. INGLE; ROBERT P. INGLE, II; JAMES W. LANNING; JOHN O. POLLARD; CHARLES E. RUSSELL; LAURA INGLE SHARP; BRENDA S. TUDOR; and J. ALTON WINGATE, <br><br>Defendants, <br><br>and <br><br>INGLES MARKETS, INC., <br><br>Nominal Defendant. | JUDGMENT |

**THIS MATTER** is before the court in accordance with 28, United States Code, Section 636(c), and on defendants' Motion to Dismiss (#11), and having determined that defendants are entitled to dismissal of this action as a matter of law, as shown in the Memorandum of Decision filed simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that defendants' Motion to Dismiss is **GRANTED**, and plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

Signed: October 11, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge